SLIP OP. 07-75

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE DELISSA A. RIDGWAY, JUDGE

|  |  |  |
|---|---|---|
| FORMER EMPLOYEES OF INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 04-00079 |
| UNITED STATES SECRETARY OF LABOR, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(B) of the Rules of

the United States Court of International Trade, having filed a stipulation of dismissal signed by

all parties who have appeared in this action and those actions listed on the attached schedule

hereby dismisses this action.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

PATRICIA M. McCARTHY
Assistant Director

J. MICHAEL TAYLOR, ESQ.
King & Spalding
1700 Pennsylvania Avenue, NW
Washington DC  20006
Tel:  (202) 737-0500
Fax:  (202) 626-3737

Counsel for Plaintiffs

Dated: _May 4_, 2007

MICHAEL D. PANZERA
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Department of Justice
1100 L St., N.W., Classif. Unit, 8th Fl.
Washington, D.C.  20530
Tel.: (202) 305-7587
Fax: (202) 353-7988

Attorneys for Defendant

Dated: _May 4_, 2007

2

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 04-00079 | Former Employees of International Business Machines Corporation |

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: S-7-07

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk